**Order entered June 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00600-CV

### IN RE WILLIAM BIRCHETT, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC19-06941**

## ORDER

Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and petition for writ of injunction.

/s/    DAVID J. SCHENCK
       JUSTICE